**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **RONALD P. YOUNG,** *et al.***,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:13-CV-00585 GBL/JFA |
| ) | |
| **CHS MIDDLE EAST, LLC** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEAL

Plaintiffs in the above captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit the Order entered in this case on October 28, 2013 (Dkt. # 30), and announced in open Court on October 25, 2013, granting Defendant's Motion to Dismiss Plaintiffs' September 4, 2013 Second Amended Complaint (Dkt. # 20).

    Ronald Young and Ramona Young
    *By Counsel*

    /s/ Nicholas Woodfield
    R. Scott Oswald, Esq.
    VSB# 41770
    *Counsel for the Plaintiffs*
    Nicholas Woodfield, Esq.
    VSB# 48938
    *Counsel for the Plaintiffs*
    The Employment Law Group, P.C.
    888 17th Street, NW, Suite 900
    Washington, D.C. 20006
    (202) 261-2806
    (202) 261-2835 (facsimile)
    soswald@employmentlawgroup.com
    nwoodfield@employmentlawgroup.com

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 30, 2013, I served the foregoing Notice of Appeal via electronic mail upon Defendant's counsel at the following address:

Carlos M. Recio, Esq.
Virginia Bar No. 24572
1016 7the Street, SE
Washington, D.C. 20003
*Counsel for Defendant CHS Middle East, LLC*

Michael A. Sexton, Esq.
Georgia Bar No. 636489
Weinberg, Wheeler, Hudgens, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
*Counsel for Defendant CHS Middle East, LLC*

                                              /s/ Nicholas Woodfield
                                              Nicholas Woodfield, Esq.