FILED: November 1, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2342
(1:13-cv-00585-GBL-JFA)

_____

RONALD P. YOUNG; RAMONA YOUNG

    Plaintiffs - Appellants

v.

CHS MIDDLE EAST, LLC

    Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:13-cv-00585-GBL-JFA |
| Date notice of appeal filed in originating court: | 10/30/2013 |
| Appellant (s) | Ronald P. Young and Ramona Young |
| Appellate Case Number | 13-2342 |
| Case Manager | Cathi Bennett<br>804-916-2704 |