Case Style  Ronald P. Young; Ramona Young v CHS Middle East, LLC
Dist. Ct. No. 1:13-cv-00585-GBL-JFA    District Eastern District of Virginia
Date Notice of Appeal filed   11/01/13    Court of Appeals No. 13-2342
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) Renecia Wilson
Address of Reporter Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

**PROCEEDING**  **HEARING DATE(S)**

- ☐ Voir Dire
- ☐ Opening Statement (Plaintiff)
- ☐ Opening Statement (Defendant)
- ☐ Closing Argument (Plaintiff)
- ☐ Closing Argument (Defendant)
- ☒ Opinion of Court    Oct. 25, 2013 -Hearing on Motion to Dismiss
- ☐ Jury Instructions
- ☐ Sentencing
- ☐ Bail Hearing
- ☐ Pre-Trial Proceedings (specify)
- ☐ Testimony (specify)
- ☐ Other (specify)

**TOTAL ESTIMATED PAGES**  34

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.
- ☒ Private funds. (Deposit of $ 1240 enclosed with court reporter's copy. Check No. 33508 .)
- ☐ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
- ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
- ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
- ☐ Federal Public Defender - no CJA 24 Form necessary.
- ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _____  Typed name Nicholas Woodfield
Address 888 17th St., NW 9th Floor, Washington, DC 20006
Email nwoodfield@employmentlawgroup.com   Telephone No. (202) 261-2812
Date Sent to Reporter 11/01/13

CAD
09/28/2012

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

November 13, 2013

_____

TRANSCRIPT ORDER ACKNOWLEDGMENT
_____

No.   13-2342,   Ronald P. Young v. CHS Middle East, LLC
                 1:13-cv-00585-GBL-JFA

This acknowledgment establishes a deadline for filing all transcript ordered from this court reporter, as follows:

**Court Reporter:**       Renecia Wilson
**Current Deadline:**     01/21/2014
**Proceedings:**          Hearing on Motion to Dismiss, 10/25/13
**Ordering Party(ies):**  Ronald and Ramona Young

The above-referenced transcript has been ordered for use on appeal. Seven days have been added to the court reporter deadlines to permit appropriate financial arrangements to be completed. If the district court has not yet acted on a request for transcript under the Criminal Justice Act, counsel should confirm that the CJA 24 application has been filed with the district court for approval by the judge.

If the transcript order is deficient or the CJA 24 application is not approved within 7 days of this acknowledgment, the court reporter must complete and file a **Transcript Order Deficiency Notice** with this court within 14 days of this acknowledgment. If the court reporter has grounds for an extension of time, a request for extension may be sought using the **Transcript Extension Request** form.

This court is notified of the filing of the **Appeal Transcript** in the district court through the district court's CM/ECF system. If the transcript is not filed by the due date, a transcript sanction takes effect, as provided in the **Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit**. If a transcript sanction is in effect, the court reporter must file a **Certification of filing of transcript/sanctions form** with this court at the time the transcript is filed with the district court, certifying that the appropriate sanction has been deducted from the transcript fee. Court forms are available for completion as links from this notice and at the court's web site, **www.ca4.uscourts.gov**.

Cathi Bennett, Deputy Clerk
804-916-2704